IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 5:15-cr-68-1-RLV |
| | ) | |
| v. | ) | |
| | ) | |
| (5) TEOFILO SALINAS CERVIN | ) | **ORDER** |
| | ) | |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant TEOFILO SALINAS CERVIN in the Bill of Indictment in the above-captioned case without prejudice, because he has pleaded guilty to a related charge in the Bill of Indictment in WDNC Docket Number 5:16cr20-RLV.

It is hereby ordered that the motion be GRANTED and the charges against Defendant TEOFILO SALINAS CERVIN in the above-captioned Bill of Indictment be dismissed without prejudice.

Signed: April 27, 2016

Richard L. Voorhees
United States District Judge